RECEIVED
FEB 24 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

U.S. District Court
Middle District of Florida (Tampa)
CIVIL DOCKET FOR CASE #: 8:05-cv-01851-SCB-EAJ
Internal Use Only

3-06-CV-00043 RRB

Adkins v. United States of America
Assigned to: Judge Susan C Bucklew
Referred to: Magistrate Judge Elizabeth A. Jenkins
Demand: $3,000,000
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 10/04/2005
Jury Demand: None
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Ronald S. Adkins**
*individually and on behalf of the estate of Jo Ann Adkins, deceased*

represented by **Donald P. DeCort**
Law Office of Donald P. DeCort
115 S. Fielding Ave., Suite 3
Tampa, FL 33606
813/254-0156 ext:0880
Fax: 813/254-0157
Email: don@decortlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard H. Gasperini**
Goodman, Allen and Filetti
4501 Highwoods Parkway
Glen Allen, VA 23060
804/565-5961
Fax: 804-346-5954
Email: rgasperini@goodmanallen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: [signature]
Deputy Clerk

V.

**Defendant**

**United States of America**

represented by **Ralph E. Hopkins**
U.S. Attorney's Office
Middle District of Florida
501 W. Church St., Suite 300
Orlando, FL 32805
407/648-7500
Email: ralph.hopkins@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

SCANNED

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/2005 | 1 | COMPLAINT against United States of America (Filing fee $ 250 receipt number T034306), filed by Ronald S. Adkins.(apv, ) (Entered: 10/06/2005) |
| 10/04/2005 | 2 | Summons Issued as to United States of America: U.S. Attorney and U.S. Attorney General. Consents issued. (apv, ) (Entered: 10/06/2005) |
| 10/04/2005 | 3 | MOTION to appear pro hac vice and Designation of Local counsel by Richard H. Gasperini. (apv, ) (Entered: 10/06/2005) |
| 10/06/2005 |  | PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Richard H. Gasperini appearing on behalf of Ronald S. Adkins (Filing fee $10.00 receipt number T034307.) (jmg) (Entered: 10/06/2005) |
| 10/06/2005 | 4 | ENDORSED ORDER granting 3 motion to appear pro hac vice. Richard Gasperini is directed to sign up for CM/ECF and enter an email address in his CM/ECF account October 31, 2005. The Clerk is directed not to send paper copies to Richard Gasperini after sending this Order . Signed by Judge Susan C Bucklew on 10/6/2005. (jd, ) (Entered: 10/06/2005) |
| 10/07/2005 |  | COPIES mailed to Counsel: Donald P. DeCort, Richard H. Gasperini re [4] Order on motion to appear pro hac vice,, ***Set COMPLY flag**** No paper copies sent to attorney Richard H. Gasperini after this Order. (apv, ) (Entered: 10/07/2005) |
| 11/01/2005 | 5 | ENDORSED ORDER to comply with the administrative procedures regarding electronic filing. Donald DeCort is directed to sign up for CM/ECF, enter an email address in his CM/ECF account, and electronically file a notice of compliance with this Court's Order by November 28, 2005. Signed by Judge Susan C Bucklew on 11/1/2005. (jd, ) (Entered: 11/01/2005) |
| 11/02/2005 |  | ***COPIES mailed to Counsel: Donald P. DeCort re [5] Order to comply with electronic filing, (apv, ) (Entered: 11/02/2005) |
| 11/28/2005 | 6 | NOTICE by Ronald S. Adkins re [5] Order to comply with electronic filing, (DeCort, Donald) (Entered: 11/28/2005) |
| 11/28/2005 |  | ***Clear COMPLY flag (apv, ) (Entered: 11/29/2005) |
| 12/01/2005 | 7 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2; the notice of expected deadlines and case management report is made a parte here in.Signed by Judge Susan C Bucklew on 12/1/2005. (kit) (Entered: 12/01/2005) |
| 12/27/2005 | 8 | ANSWER to complaint by United States of America.(Hopkins, Ralph) (Entered: 12/27/2005) |
| 12/27/2005 |  | ***Attorney Ralph E. Hopkins for United States of America added. (apv, ) (Entered: 12/28/2005) |

| 01/25/2006 | 9 | MOTION to change venue *and Incorporated Memorandum of Law* by United States of America. (Attachments: # 1)(Hopkins, Ralph) (Entered: 01/25/2006) |
|---|---|---|
| 01/26/2006 | 10 | CASE MANAGEMENT REPORT. (Hopkins, Ralph) (Entered: 01/26/2006) |
| 02/01/2006 | 11 | ORDER setting Preliminary Pretrial Conference for Friday, 2/24/2006 10:30 AM in Courtroom 14 A before Judge Susan C Bucklew. Signed by Judge Deputy Clerk on 2/1/2006. (ls ) (Entered: 02/01/2006) |
| 02/07/2006 | 12 | MEMORANDUM in opposition re 9 Motion to change venue filed by Ronald S. Adkins. (Gasperini, Richard) (Entered: 02/07/2006) |
| 02/09/2006 | 13 | ANSWER to court interrogatories by Ronald S. Adkins. (Gasperini, Richard) (Entered: 02/09/2006) |
| 02/16/2006 | 14 | ORDER granting 9 Motion to change venue. The Clerk is directed to transfer this case to the United States District Court for the District of Alaska . Signed by Judge Susan C Bucklew on 2/16/2006. (jd, ) (Entered: 02/16/2006) |
| 02/17/2006 | 15 | TRANSFER to the district of Alaska. A certified copy of the Docket sheet, certified copy of the Order transferring the case and instructions on how to access our official court record sent to the USDC, District of Alaska. (apv, ) (Entered: 02/17/2006) |