DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Susan.Lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD S. ADKINS, individually ) | Case No. 3:06-cv-00043-RRB |
| and on behalf of the estate of ) | |
| JO ANN ADKINS, deceased, ) | |
| ) | |
| Plaintiff, ) | **ENTRY OF APPEARANCE** |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

The United States of America, through counsel, and hereby enters the

appearance of Susan J. Lindquist, Assistant U.S. Attorney, as counsel on behalf of

the United States.  All further pleadings and correspondence shall be sent to Ms.

Lindquist at susan.lindquist@usdoj.gov.

Please remove Ralph E. Hopkins  from the service list.

RESPECTFULLY SUBMITTED this 28th day of March, 2006 in

Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2006,
a copy of the foregoing Entry of Appearance
was served electronically on

Donald P. DeCort at don@decortlaw.com
Richard H. Gasperini at rgasperini@goodmanallen.com

s/ Susan J. Lindquist

Adkins v. US
3:06-cv-00043-RRB                        -2-