

## UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| RONALD S. ADKINS, individually and on behalf of the estate of JO ANN ADKINS, deceased,<br>　　　　　Plaintiff(s),<br>vs.<br>UNITED STATES OF AMERICA,<br>　　　　　Defendant(s). | Case No. 3:06-CV-00043-RRB<br><br>MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Richard H. Gasperini, hereby apply for permission to appear and participate as counsel for Ronald Shane Adkins, et al., plaintiff/~~defendant~~, in the above-entitled cause pursuant to Rule 83.1(d) of the Local Rules for the United States District Court, District of Alaska.

☐ I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because: [Check whichever of the following boxes apply, if any.]

　　☒ I am a registered participant in the CM/ECF System for the District of Alaska.

　　☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska.

　　☐ For the reasons set forth in the attached memorandum.

### OR

[Rule 83.frm](Rev.01/06)

☒    I hereby designate Ray R. Brown                    , a member of the Bar of this court, who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case

DATE: 3/29/06

_____
(Signature)

Name:    Richard H. Gasperini

Address: Goodman, Allen & Filetti, PLLC
         4501 Highwoods Parkwood, Suite 210
         Glen Allen, Virginia 23060

Telephone: **804-565-5961**                    e-mail:  rgasperini@goodmanallen.com

### Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

Name:    Ray R. Brown

Address: Dillon & Findley, P.C.
         510 L Street, Suite 603
         Anchorage, Alaska 99501

Telephone: 907-277-5400                    e-mail:  ray@dillonfindley.com

(*Member of the Bar of the United States District Court for the District of Alaska)

IT IS SO ORDERED:

DATED:_____        _____
                                     UNITED STATES DISTRICT JUDGE
                                     For the District of Alaska

[Rule 83.frm]{Rev.01/06}