DECLARATION OF NONRESIDENT ATTORNEY

RECEIVED
APR 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Full Name: Richard Harvey Gasperini

Business Address: 4501 Highwoods Parkway, Suite 210, Glen Allen, Virginia 23060
(Mailing/Street) (City, State, ZIP)

Residence: 9600 Carterwood Road, Richmond, Virginia 23229
(Mailing/Street) (City, State, ZIP)

Business Telephone: 804-565-5961     e-mail address: rgasperini@goodmanallen.com

Other Names/Aliases: None

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| Colorado Supreme Court | Denver, Colorado | 1975 |
| Virginia Supreme Court | Richmond, Virginia | 1990 |
| U.S. District Courts in Virginia | Virginia | 1990 |
| U.S. Supreme Court | Washington, DC | 1979 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒  (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: 3/29/06

_Richard Gasperini_
(Signature of Applicant)

[Rule 83.frm]{Rev.01/06}