# Supreme Court of Virginia

## AT RICHMOND

## Certificate

RECEIVED
APR 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

**RICHARD HARVEY GASPERINI**

was admitted to practice as an attorney and counsellor at the bar of this Court on November 8, 1990.

I further certify that so far as the records of this office are concerned, RICHARD HARVEY GASPERINI is a member of the bar of this Court in good standing.

*Witness* my hand and seal of said Court

This 28th day of March
A.D. 2006

By: _____
*Deputy Clerk*