**RECEIVED**
APR 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

```
UNITED STATES
DISTRICT COURT
 District of Alaska
 Anchorage Division

 # 00127947 - PS
   April 3, 2006

Code    Case #    Qty     Amount

6855XX-N 06-43              150.00 CK


TOTAL→            150.00



FROM: GOODMAN, ALLEND & FILETTI,
      FOR RICHARD H. GASPERINI
      PRO HAC VICE, ATTORNEY
      3:06-CV-00043 RRB
```