DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Susan.Lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD S. ADKINS, individually and on behalf of the estate of JO ANN ADKINS, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:06-cv-00043-RRB <br><br> **SCHEDULING AND PLANNING CONFERENCE REPORT** |

1.      **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on May

2, 2006, and was attended by:

   Richard H. Gasperini, attorney for the plaintiff.

   Susan J. Lindquist, attorney for defendant, United States

The parties recommend the following:

2.  **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

☐ have been exchanged by the parties

☒ will be exchanged by the parties by May 31, 2006.

Preliminary witness lists

☐ have been exchanged by the parties

☒ will be exchanged by the parties by May 31, 2006.

Proposed changes to disclosure requirements: (*Insert proposed changes, if any*)

3.  **Contested Issues of Fact and Law**.  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:  Whether there was a breach of the standard of care and if so, whether it caused Ms. Adkin's death.

4.  **Discovery Plan.**  The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:  See #3 above.

    B. All discovery commenced in time to be completed by June 7, 2007.

    C. Limitations on Discovery

1. Interrogatories.

☒ No change from F.R.Civ.P. 33(a)

☐ Maximum of (**number**) Interrogatories by each party to any other party. Responses due in (**number**) days.

2. Requests for Admissions.

☐ No change from F.R.Civ.P. 36(a).

☒ Maximum of 40 requests. Responses due in 30 days.

3. Depositions.

☒ No change from F.R.Civ.P. 30(a), (d).

☐ Maximum of (**number**) depositions by each party.

☐ Depositions not to exceed (**number**) hours unless extended by agreement of all parties.

D. Reports from retained experts.

☐ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

☒ Reports due:

From plaintiff: December 18, 2006.

From defendant: February 19, 2007.

E. Supplementation of disclosures and discovery responses are to be made:

☒ Periodically at 60-day intervals from the entry of scheduling and planning order.

☐ As new information is acquired, but not later than 60 days before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

☐ 45 days prior to the close of discovery.

☒ Not later than March 19, 2007.

5. **Pretrial Motions**.

☐ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c).

☒ Motions to amend pleadings or add parties to be filed not later than September 29, 2006.

☒ Motions under the discovery rules must be filed not later than June 15, 2006.

☒ Motions in limine and dispositive motions must be filed not later than June 15, 2006.

6. **Other Provisions**:

   A. ☒ The parties do not request a conference with the court before entry of the scheduling order.

   ☒ The parties request a pre-trial conference with the court in August 2007.

   B. Alternative Dispute Resolution. [D.Ak. LR 16.2]

   ☐ This matter is not considered a candidate for court-annexed alternative

   ☒ The parties will file a request for alternative dispute resolution not later than May 2007.

   ☐ Mediation          ☐   Early Neutral Evaluation

   C. The parties ☐ do ☒ not consent to trial before a magistrate judge.

   D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   ☐ All parties have complied    ☐ Compliance not required by any party

   E. ☒ The parties shall report any possible settlement to the court by July 1, 2006.

7. **Trial**.

   A. The matter will be ready for trial:

   ☐ 45 days after the discovery close date.

   ☒ not later than October 2007.

   B. The matter is expected to take seven (7) days to try.

Adkins v. US
3:06-cv-00043-RRB                    -5-

C.  Jury Demanded: ☐ Yes ☒ No

   Right to jury disputed? ☐ YES    ☒ NO

DATED this 4th day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH  
Acting United States Attorney

s/ Susan J. Lindquist  
Assistant U. S. Attorney  
222 West 7th Ave., #9, Rm. 253  
Anchorage, AK 99513-7567  
Phone: (907) 271-3378  
Fax: (907) 271-2344  
E-mail: susan.lindquist@usdoj.gov  
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2006, a copy of the foregoing Scheduling and Planning Conference Report was served electronically on Richard H. Gasperini and by US Mail on

Donald P. DeCort  
115 S. Fielding Avenue, Suite 3  
Tampa, FL 33606

s/ Susan J. Lindquist