DEBORAH M. SMITH
Acting United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Susan.Lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD S. ADKINS, individually and on behalf of the estate of JO ANN ADKINS, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:06-cv-00043-RRB<br><br>**NOTICE TO DISCONTINUE SERVICE TO RALPH E. HOPKINS** |

COMES NOW the United States of America, through counsel, and notifies the Court to discontinue service in this case to Ralph E. Hopkins, Assistant U. S. Attorney for the Middle District of Florida.  Susan J. Lindquist has entered her appearance and is now the attorney of record for the Defendant.

RESPECTFULLY SUBMITTED this 15th day of May, 2006 in Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/ Susan J. Lindquist
        Assistant U. S. Attorney
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3378
        Fax: (907) 271-2344
        E-mail: susan.lindquist@usdoj.gov
        AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2006,
a copy of the foregoing Notice to Discontinue
Service to Ralph E. Hopkins was served
electronically on Richard H. Gasperini and
by U. S. Mail on:

Donald P. DeCort
Law Office of Donald P. DeCort
115 S. Fielding Avenue, Suite 3
Tampa, FL 33606

Ralph E. Hopkins
U. S. Attorney's Office
Middle District of Florida
501 W. Church Street, Suite 300
Orlando, FL 32805

Ray R. Brown
Dillon & Findley, P. C.
510 L. Street, Suite 603
Anchorage, AK 99501


s/ Susan J. Lindquist


Adkins v. US
3:06-cv-00043-RRB                 -2-