NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Susan.Lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD S. ADKINS, individually and on behalf of the estate of JO ANN ADKINS, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 3:06-cv-00043-RRB<br><br>**UNITED STATES' MOTION FOR AN EXTENSION OF TIME TO PRODUCE EXPERT REPORTS**<br><br>*(on shortened time)* |

The United States, through counsel, *on shortened time* moves for an extension until March 30, 2007 to produce expert reports.  This is the first extension the government is requesting.  On February 8, 2007, Attorney Lindquist asked Attorney Gasperini for an extension and he said he opposed it.

The extension is needed for a variety of reasons.  Paul Taylor, the economist the government has employed for many years just retired and is no longer taking any new cases.  Counsel had to find a new economist, who has been hired, but this took some time because of the dearth of qualified people in Anchorage.  In addition, the surgeon for which she contracted left in January for a month's vacation and will be unable to finalize his draft report until he returns in mid-February.  Counsel expects that his report can be produced before the end of February.  The economic report will take more time, but the expert believes he can produce a report by early March.  Counsel has had some difficulty in finding an expert on SIRS, but believes this will be accomplished at the end of this week.  That expert is otherwise engaged until March 9, 2007.  Thus, the government asks for an extension until March 30, 2007.

Lastly, counsel had a trial in late November and early December.  She then look leave because of the federal use or loose policy.  Since a little before Thanksgiving, the civil division, which is slotted for two secretaries,  has not had even one.  As a result counsel has been unable to delegate many secretarial tasks.

Discovery closes on June 7, 2007.  The government can produce its reports with a little more than two full months of discovery left.  Counsel will produce reports as they come available.  The Plaintiff will not be prejudiced by this

extension and the government would non-oppose an extension of the discovery period if requested by the Plaintiff..

RESPECTFULLY SUBMITTED February 9, 2007 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2007,
a copy of the foregoing **UNITED STATES' MOTION
FOR AN EXTENSION OF TIME TO PRODUCE EXPERT REPORTS**,
was served electronically on

Richard H. Gasperini

s/ Susan J. Lindquist