UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ADKINS   v.   USA

DATE:   February 9, 2007      CASE NO.   3:06-CV-0043-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION ON SHORTENED TIME**

---

Defendant has filed a Motion for an Extension of Time to Produce Expert Reports at Docket 25 on shortened time.  Plaintiff has until the close of business on **Friday, February 16, 2007**, to file a response, and Defendant has until **noon on Wednesday, February 21, 2007,** to file a reply.

M.O. RE SHORTENED TIME MOTION