IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD S. ADKINS, individually and on behalf of the estate of JO ANN ADKINS, deceased,<br><br>                   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>                   Defendant. | Case No. 3:06-cv-00043-RRB<br><br>**ORDER GRANTING THE UNITED STATES' MOTION FOR AN EXTENSION OF TIME TO PRODUCE EXPERT REPORTS** |

The United States, through counsel, moved for an extension of time until March 30, 2007 to produce expert reports. Plaintiff has opposed this extension. The Plaintiff will not be prejudiced by this extension. The court grants the government an extension of time to produce expert reports on or before **March 30, 2007.**

Date: 2/28/07

S/RRB
Ralph R. Beistline
United States District Judge