Richard H. Gasperini
Attorney for Plaintiff
Goodman, Allen & Filetti, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Phone: (804) 565-5961
Fax:    (804) 346-5954
Email: rgasperini@goodmanallen.com

Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **RONALD S. ADKINS, individually and on behalf of the estate of JO ANN ADKINS, deceased,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>      **Defendant.** | Case No. **3:06-CV-00043-RRB** |

### JOINT MOTION CERTIFYING CASE FOR TRIAL

COME NOW the Parties, through counsel, and in accordance with Local Rule 40.3 hereby certify as follows:

1. The above-styled case is at issue for trial.

2. All depositions and other discovery procedures necessary to adequately prepare for trial have been completed.

3. All preliminary and pre-trial conferences necessary to carry into effect the purpose of Rule 16, Federal Rules of Civil Procedure have been held.

    4.    All necessary pretrial motion practice has been completed and all legal matters resolved.

    5.    That the parties expect the trial of this case to last five days.

    6.    That the parties will be prepared to try this case before the Judge beginning on March 3, 2008.

WHEREFORE, the Parties request that this case be set for bench trial on March 3, 2008.

| | |
|---|---|
| DEBORAH M. SMITH<br>Acting United States Attorney | RONALD S. ADKINS, individually and on behalf of the estate of Jo Ann Adkins, deceased |
| /s/ Susan J. Lindquist<br>Assistant U.S. Attorney<br>222 West 7th Avenue, #9, Room 253<br>Anchorage, AK 99513-7567<br>Phone:  (907) 271-3378<br>Fax:     (907) 271-2344<br>Email:  susan.lindquist@usdoj.gov<br>AK #9008053 | /s/ Richard H. Gasperini<br>Richard H. Gasperini<br>Attorney for Plaintiff<br>Goodman, Allen & Filetti, PLLC<br>4501 Highwoods Parkway, Suite 210<br>Glen Allen, Virginia 23060<br>Phone: (804) 565-5961<br>Fax:    (804) 346-5954<br>Email: rgasperini@goodmanallen.com<br>VA #32140 |