NELSON P. COHEN
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Susan.Lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD S. ADKINS, individually and on behalf of the estate of JO ANN ADKINS, deceased,<br><br>             Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | ) Case No. 3:06-cv-00043-RRB<br>)<br>)<br>)<br>)<br>)<br>) **MOTION TO VACATE TRIAL**<br>) **DATE AT DOCKET 33 AND ALL**<br>) **PRE-TRIAL DEADLINES**<br>)<br>)<br>) |

The United States, through counsel, moves to vacate the trial date set at Docket 33 and all pre-trial deadlines.  This case has settled.  The government shall file closing papers or a status report on or before February 29, 2008.

RESPECTFULLY SUBMITTED December 21, 2007 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2007, a copy of the foregoing **MOTION TO VACATE TRIAL DATE AT DOCKET 33 AND ALL PRE-TRIAL DEADLINES DOCKET 33** was served electronically on Richard H. Gasperini.

s/ Susan J. Lindquist