IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD S. ADKINS, individually and on behalf of the estate of JO ANN ADKINS, deceased,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | ) Case No. 3:06-cv-00043-RRB<br>)<br>)<br>)<br>)<br>) **[PROPOSED]**<br>) **ORDER ON MOTION TO**<br>) **VACATE TRIAL DATE AT**<br>) **DOCKET 33 AND ALL PRE-**<br>) **TRIAL DEADLINES**<br>) |

The United States moved vacate the trial date set at Docket 33 and all pre-trial deadline dates.

IT IS ORDERED, that the United States' Motion is granted, the trial date and all pre-trial deadline dates are vacated. Closing papers or a status report is due from the Defendant on or before February 28, 2008.

Date:_____                    _____
                                     Ralph R. Beistline
                                     U.S. District Court Judge