IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RONALD S. ADKINS, individually and on behalf of the estate of JO ANN ADKINS, deceased,<br><br>   Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | ) Case No. 3:06-cv-00043-RRB<br>)<br>)<br>)<br>)<br>)<br>) [PROPOSED]<br>) ORDER ON MOTION TO<br>) VACATE TRIAL DATE AT<br>) DOCKET 33 AND ALL PRE-<br>) TRIAL DEADLINES<br>) |

  The United States moved vacate the trial date set at Docket 33 and all pre-trial deadline dates.

  IT IS ORDERED, that the United States' Motion is granted, the trial date and all pre-trial deadline dates are vacated. Closing papers or a status report is due from the Defendant on or before February 28, 2008.

Date: 12/27/07

Ralph R. Beistline
U.S. District Court Judge