Richard H. Gasperini
Attorney for Plaintiff
Goodman, Allen & Filetti, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Phone: (804) 565-5961
Fax:    (804) 346-5954
Email: rgasperini@goodmanallen.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **RONALD S. ADKINS, individually and on behalf of the estate of JO ANN ADKINS, deceased,** )<br>)<br>)<br>)<br>**Plaintiff,**  )<br>)<br>v.                                                    )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.**  ) | Case No.  **3:06-CV-00043-RRB** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

The parties, through counsel, hereby stipulate and agree that the within case has been compromised and the settlement proceeds have been transferred.

The parties therefore move that the case be dismissed, with prejudice as to all claims and all parties.

| | |
|---|---|
| NELSON P. COHEN<br>United States Attorney | RONALD S. ADKINS, individually and on behalf of the estate of Jo Ann Adkins, deceased |
| /s/ Susan J. Lindquist<br>Assistant U.S. Attorney<br>222 West 7th Avenue, #9, Room 253<br>Anchorage, AK 99513-7567<br>Phone: (907) 271-3378<br>Fax:   (907) 271-2344<br>Email: susan.lindquist@usdoj.gov<br>AK #9008053 | /s/ Richard H. Gasperini<br>Richard H. Gasperini<br>Attorney for Plaintiff<br>Goodman, Allen & Filetti, PLLC<br>4501 Highwoods Parkway, Suite 210<br>Glen Allen, Virginia 23060<br>Phone: (804) 565-5961<br>Fax:   (804) 346-5954<br>Email: rgasperini@goodmanallen.com<br>VA #32140 |