IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| **RONALD S. ADKINS, individually and on behalf of the estate of JO ANN ADKINS, deceased,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.** ) | Case No. **3:06-CV-00043-RRB**<br><br>**[PROPOSED]**<br>**ORDER ON JOINT MOTION**<br>**TO DISMISS WITH PREJUDICE** |

The parties, through counsel, hereby stipulate and agree that the within case has been compromised and the settlement proceeds have been transferred. It appearing to the Court that the parties have so stipulated, it is, therefore,

ORDERED, ADJUDGED and DECREED that the within case be, and hereby is, DISMISSED, with prejudice, as to all claims and all parties, each party to bear its own costs.

Date: _____     _____
                                                                   Ralph R. Beistline
                                                                   U.S. District Court Judge